UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MSM GROCERY AND DELI, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOSA SANDWICH MAKERS, LLC, a Washington limited liability company, HASHED MOUSA, individually and on behalf of any marital community, ABDULGHANI MOSA, individually and on behalf of any marital community; ADEL MOSA, individually and on behalf of any marital community,<br><br>Defendants. | NO.<br><br>COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES<br><br>JURY DEMAND |

Plaintiff, MSM Grocery and Deli, Inc., by and through its undersigned counsel, for its complaint against Defendant Mosa Sandwich Makers, LLC, Hashed Mousa, Abdulghani Mosa, and Adel Mosa (collectively, "Defendants"), alleges as follows:

**I.   PARTIES**

1. Plaintiff MSM Grocery and Deli, Inc. ("MSM" or "Plaintiff"), is a Washington corporation. MSM's principal place of business is located in Tacoma, Washington.

2. MSM is owned by Jamal Muthala ("Jamal").

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES - 1

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

3.	Defendant Mosa Sandwich Makers, LLC ("Mosa Sandwich Makers") is a Washington limited liability company. Mosa Sandwich Makers' principal place of business is located in Lakewood, Washington. According to public records available online through Washington's Secretary of State, Defendant Abdulghani Mosa ("Abdulghani") is listed as the governing individual for Mosa Sandwich Makers. Defendants Hashed Mousa ("Hashed") and Adel Mosa ("Adel") have been identified in news articles as "owners" of Mosa Sandwich Makers and, therefore, on information and belief, all three of the individual Defendants are actively involved in, benefiting from, and aiding the activities of the Mosa Sandwich Makers business that give rise to this complaint. Defendant Hashed is the half-brother of Jamal, and Abdulghani and Adel are Hashed's sons. The acts of each of the individual defendants were taken on their own behalf and on behalf of any marital community. Mosa Sandwich Makers, Hashed, Abdulghani and Adel are collectively referred to herein as "Defendants."

## II.     JURISDICTION AND VENUE

4.	This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338; and 15 U.S.C. § 1121; and supplemental jurisdiction over the state law claims asserted herein pursuant to 28 U.S.C. § 1367.

5.	This Court has personal jurisdiction over Defendants because Mosa Sandwich Makers is registered in Washington, its principal place of business is located in Washington and this District, it transacted and continues to transact business in Washington and this District, which is owned and operated by Hashed, Abdulghani and Adel and because Defendants are engaging in acts that have infringed and that continue to infringe on MSM's trade name and trademarks in Washington and this District, and the effects of infringement were directed to and felt in Washington and this District where MSM resides. For these reasons, the Court has both general and personal jurisdiction over Defendants.

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES - 2

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

6. Venue is proper in this District under 28 U.S.C. § 1391. A substantial part of the events giving rise to MSM's claims occurred in this District and Defendants are subject to the Court's personal jurisdiction in this District.

### III.  FACTS

***Background of MSM and Early Use of the MSM Trademark***

7. Starting in about 1983, Jamal's father, Mike Mohamed, started operating a sandwich restaurant and local grocery store in Pierce County as its sole owner. As part of his business, Mr. Mohamed used the name "MAGICAL SANDWICH MAKERS," or MSM for short. MSM has been a well-known deli in Tacoma for decades, and the names Magical Sandwich Makers, MSM, MSM Deli, and MSM Grocery & Deli have been synonymous with Mr. Mohamed's business. The consuming public immediately recognizes the name MSM, which has become a staple of the Tacoma restaurant scene.

8. MSM's official logo uses a distinctive blue, and is pictured below:



9. Jamal began working at MSM at an early age, stocking the shelves and helping his father, Mr. Mohamed, in performing the opening duties before school. He continued working at MSM growing up, including full time in the summers during high school. Upon graduating from college in 2006, in about 2008, Jamal accepted a full-time position as MSM's general manager and was responsible for running the operations of MSM. His father, who moved back to Yemen, delegated aspects of the business under a power of attorney given to Jamal so that he could run the business in his father's absence. Mr. Mohamed continued to maintain final say in payroll and executive decisions, which Jamal would then carry out under the power of attorney.

COMPLAINT FOR INJUNCTIVE RELIEF AND
DAMAGES - 3

10. Jamal's half-brother Hashed began working at MSM around 1998, when he originally moved to the United States. He started at MSM as a busser and merchandiser and as he learned English, he gained various other roles. Over his next 20 years of employment with MSM, Hashed worked as a cashier, meat slicer, sandwich maker and night shift supervisor responsible for closing duties. However, Hashed has not had any ownership in MSM, was never a general manager of MSM, was not part of the operational decision-making of the business, and was never granted a power of attorney to operate MSM during the period Mr. Mohamed was in Yemen.

11. In about June 2011, Mr. Mohamed directed Jamal to form an entity for the deli business. On June 14, 2011, MSM Grocery & Deli, Inc. was registered in the state of Washington as a corporation under UBI 603121671. Mr. Mohamed was the sole and exclusive shareholder of that entity, and he continued to oversee and make business decisions to guide Jamal's day-to-day operations of MSM.

12. In 2019, Mr. Mohamed transferred full ownership of the MSM business, including the property-owning entities, to Jamal.

13. On about March 12, 2021, Hashed took a leave of absence from MSM. On April 1, 2021, Hashed, through his son, requested his final paycheck. As such, Hashed has not worked or otherwise been involved in MSM since about March 12, 2021.

14. Nevertheless, as a result of Hashed's long-term employment at MSM, he is very familiar with the MSM name and its success in the Tacoma area, and understands the unique features that are synonymous with the MSM brand, including its color scheme, logo, and unique MSM menu items and offerings, such as its atypical sandwich sizes.

15. On October 2, 2025, the State of Washington registered MSM DELI (Reg. No. 1083656), MSM (Reg. No. 1083657), and MAGICAL SANDWICH MAKERS (Reg. No.

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES - 4

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

1083658) trademarks in "Class 43 – Hotels & Restaurants," which covers all of the services that MSM provides.

**Defendants' Infringing Trademarks and Wrongful Efforts to Pass Themselves Off as MSM**

16. On information and belief, on or about December 2, 2022, Defendant Mosa Sandwich Makers LLC was formed. The name Mosa Sandwich Makers was obviously intentionally chosen in order to mimic and be a confusingly similar name to "Magical Sandwich Makers" that results in the well-known abbreviated marks MSM, MSM Deli, and MSM Deli and Grocery.

17. Mosa Sandwich Makers was also obviously selected to feature the three initial letters, MSM. Many people recognize the name MSM before they would recognize Magical Sandwich Makers, although both are well known in Tacoma as MSM's business.

18. Jamal was unaware that his half-brother and two sons were scheming to start a competing sandwich business using a confusingly similar name.

19. False, incomplete, or misleading media narratives supported by Defendants appear designed to harm MSM and Jamal even while they are engaged in intentional and willful acts to profit from MSM's marks.

20. More specifically, in or around August 2025, Mosa Sandwich Makers LLC started operating as a competing business in Lakewood, Washington.

21. Defendants' business uses names, word marks, and logos that are intentionally emphasizing the letters "M", "S", and "M" together with the distinctive blue used by MSM:

 

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES - 5

EISENHOWER CARLSON PLLC Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

22. The use of confusingly similar names and branding in the same geographic market, including under confusingly similar "MSM" formative trademarks, is not mere coincidence.

23. On the contrary, Defendants offer functionally identical menu items and related services (though often of inferior quality) intended to mimic the look and feel of MSM. For example, Defendants offer sandwiches in sizes "6, 9, 13, and 26" identical to the unique sizing offered by MSM. Even the manner in which sandwiches are presented, including the type of pickle spear on the side, is identical to MSM's signature presentation that loyal MSM patrons will immediately recognize. Defendant Hashed has made public statements to the press indicating that Defendants adopted menu items intended to feature what Hashed believes are MSM's best sellers based on his prior experience working for MSM.

24. Defendants' business also copies MSM's visual style, using a blue and white checkered pattern on its menu that copies the blue and white tiled floor that is part of the signature look of MSM familiar to most locals. Defendants even painted the exterior of their business to appear virtually identical to the unique blue stripe and trim that is the signature look of MSM's building in Tacoma.

25. Defendants are intentionally and willfully trying to mimic MSM and its trademarks and trade dress, simultaneously touting themselves as the "original" creators of MSM.

***Actual Consumer Confusion in the Market Place***

26. Defendants' actions are intentionally confusing to the public, including both customers and vendors.

27. On information and belief, Defendants currently operate under an email "MSMDeli@gmail.com", which is willfully and intentionally confusing, and which is actually creating confusion regarding whether there is any affiliation with Defendants' business. In fact, MSM's apparel supplier contacted MSM in connection with filling an order placed by Defendants under this email address because the supplier understandably assumed the order was from MSM, not an unrelated entity owned by Defendants.

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES - 6

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

28. HVAC technicians have been dispatched to MSM's Tacoma location for repairs that were actually intended for Defendants.

29. Online, customers have inquired into whether Mosa Sandwich Makers is a continuation or affiliation of MSM, a misunderstanding Defendants have done nothing to correct.

30. Popular review websites such as Yelp and Nextdoor further highlight the confusion between the two businesses. Yelp reviews of Defendants' business frequently reference MSM, despite the fact there is no affiliation. Nextdoor currently lists Mosa Sandwich Makers as the winner of awards dating back to 2017, even though Defendants' business opened this year. These awards should be attributed to MSM, and the fact that they are not, highlights the confusion that Defendants' wrongful actions are creating.

31. Customer confusion between the two restaurants has allowed Defendants to profit off of the longstanding, positive reputation of MSM in the local community. This is damaging to MSM's brand and reputation and is diluting MSM's trademark.

## IV.    FIRST CAUSE OF ACTION

### (False Designation of Origin under 15 U.S.C. § 1125(a))

32. MSM realleges the allegations set forth above.

33. MSM has valid and superior common law rights in its trademark.

34. Defendants' advertising and provision of related and competing restaurant services in connection with their MOSA SANDWICH MAKERS name, word marks, and logo, in a geographic market that overlaps with MSM's geographic market, is likely to cause confusion with MSM's MAGICAL SANDWICH MAKERS name, word marks, and logos, or to cause mistake with same, including but not limited to MSM, MSM Deli, and MSM Deli & Grocery, deceiving consumers into believing there is some affiliation or connection between MSM and Defendants' business, and constituting a false designation of origin. Accordingly, Defendants' use of their

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES - 7

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

names and trademarks infringes the superior common law rights that MSM has in its names and trademarks in Washington and the United States in violation of 15 U.S.C. § 1125(a).

35. MSM will continue to be harmed by Defendants' intentionally wrongful acts unless the Court enjoins the same. MSM has no adequate remedy at law because Defendants are willfully continuing to violate its rights. As such, MSM is entitled to an injunction restraining Defendants' continued violation of 15 U.S.C. § 1125(a).

36. Defendants' false designation of origin and infringement of MSM's common law trademarks also has damaged and will continue to damage MSM in an amount to be established at trial.

## V.   SECOND CAUSE OF ACTION

### (Common Law Trademark Infringement)

37. MSM realleges the allegations set forth above.

38. Defendants' business Mosa Sandwich Makers uses a trade name that is confusingly similar to MSM's trade name and that highlights the three letters, MSM, in connection with advertising and providing related and competing restaurant services in a geographic market that overlaps with MSM's geographic market. As such, Defendants are infringing MSM's trade name under the principles set forth in *Seattle St. Ry. & Mun. Employees Relief Ass'n v. Amalgamated Ass'n of St., Elec. Ry. & Motor Coach Employees of Am.*, 3 Wn.2d 520, 101 P.2d 338 (1940), and its progeny.

39. MSM will continue to be harmed by Defendants' intentionally wrongful acts unless the Court enjoins Defendants to prevent their wrongful conduct from occurring.

40. MSM has no adequate remedy at law for Defendants willfully continuing to violate its rights. As such, MSM is entitled to an injunction restraining Defendants' continued trade name infringement.

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES - 8

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

41. Defendants' use of the names that are confusingly similar is willful and intentional, and Defendants are not acting in good faith. Instead, they are engaging in an orchestrated scheme to profit off of the established name of MSM.

42. Defendants' infringement of MSM's trade name and marks, including Magical Sandwich Makers, MSM, MSM Deli and MSM Deli and Grocery, has and will continue to damage MSM in an amount to be proven at trial. Defendants should be held jointly and severally liable.

## VI. THIRD CAUSE OF ACTION

**(Infringement of MSM's Registered Trademark (RCW 19.77))**

43. MSM realleges the allegations set forth above.

44. MSM has valid and superior rights in its MSM, MSM DELI, and MAGICAL SANDWICH MAKERS trademarks.

45. MSM, MSM DELI, and MAGICAL SANDWICH MAKERS are also registered as trademarks in the State of Washington. MSM's certificate reflecting registration of its trademarks is prima facie evidence of (a) the validity of MSM's registration; (b) MSM's ownership of the trademarks; and (c) MSM's exclusive right to use its trademarks in Washington in "Class 43 – Hotels & Restaurants," which covers all of MSM's services. *See* RCW § 19.77.040. MSM's registration certificate also is constructive notice of MSM's claim of ownership of its trademarks throughout Washington. *Id*.

46. Defendants' advertising and provision of food and restaurant-related services in Washington under their MOSA SANDWICH MAKERS name, word mark, and logo is likely to cause confusion with MSM's registered trademarks, to cause mistake, or to deceive consumers into believing that an affiliation or connection exists between MSM and Defendants. This conduct constitutes trademark imitation and infringes MSM's trademark rights in violation of RCW 19.77.

47. MSM will continue to be harmed by Defendants' intentionally wrongful acts unless the Court enjoins same. MSM has no adequate remedy at law for Defendants' willfully continuing

COMPLAINT FOR INJUNCTIVE RELIEF AND
DAMAGES - 9

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

to violate its rights. Accordingly, MSM is entitled to an injunction restraining Defendants' further infringement in violation of RCW 19.77.

48. Defendants' infringement has damaged and will continue to damage MSM in an amount to be proven at trial.

## VII. FOURTH CAUSE OF ACTION

### (Violation of the Unfair Business Practices Act (RCW 19.86))

49. MSM realleges the allegations set forth above.

50. By using trade names and trademarks that are confusingly similar to MSM's trade names and trademarks, and by falsely holding itself out as being MSM or implying an affiliation to MSM, Defendants have, in connection with advertising and otherwise carrying on business in Washington, engaged in an unfair trade practice, which is damaging to the public interest in violation of the Washington Consumer Protection/Unfair Business Practices Act, RCW §§ 19.86.010, *et seq*.

51. Defendants are using trade names and trademarks that are confusingly similar to MSM's trade names and trademarks, and Defendants are falsely holding out their deli business as being part of or being affiliated or connected with MSM, and are doing so in connection with its advertising, social media, and otherwise carrying on business in Washington. This unfair trade practice has the capacity to deceive a substantial portion of the Washington consuming public.

52. Defendants' use of trade names and trademarks that are confusingly similar to MSM's trade name and trademarks, and its practice of falsely holding itself as being MSM or being affiliated with MSM, in connection with advertising and social media in the course of conducting business in Washington is unfair and deceptive. Defendants' acts and practices infringe MSM's trade name and trademark and injure the public interest.

53. Defendants' deceptive acts and practices, and infringement of MSM's trade name and trademark, also injure MSM's business, including loss of recognition and goodwill.

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

54. MSM is entitled to an injunction restraining Defendants' deceptive acts and practices in violation of RCW 19.86.

55. Defendants' infringement also has damaged and will continue to damage MSM in an amount to be established at trial, including exemplary damages. Defendants should be jointly and severally liable.

## VIII.   JURY DEMAND

56. MSM hereby demands a jury trial on all claims stated herein.

## IX.   REQUEST FOR RELIEF

Having fully pleaded its claims against Defendants, MSM requests the following relief:

A. For temporary, preliminary, and permanent injunctions restraining and enjoining Defendants, including the individual owners, and all others in active concert or participation from: (1) using, maintaining, and otherwise profiting from "Magical Sandwich Makers" as a company or trade name in Washington and the United States in connection with providing restaurant and related or complementary services, or any other name that is confusingly similar to Plaintiff's trade name and trademarks with those services; (2) using, maintaining or employing any other name or word, trademark, or description that is confusingly similar to Plaintiff's word marks and logo in Washington and the United States, including but not limited to "MAGICAL SANDWICH MAKERS", "MSM", "MSM DELI", or "MSM GROCERY & DELI", as well as any other variations or similar type mark in connection with restaurant services, and related and complementary services, including but not limited to the making of sandwiches, including on signage in advertising, on marketing materials, in domain names, on their website, and in social media, emails, menus, and similar efforts, (3) falsely implying any past or present association or affiliation with Plaintiff, or committing any other unfair business practice directed towards obtaining for themselves Plaintiff's business, customers, or reputation; and (4) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities in any acts that are enjoined under subsections (1), (2), or (3) as provided for herein;

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES - 11

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

B. For an Order directing Defendants to file with this Court and serve on Plaintiff's attorneys within thirty days after service of an injunction, a report in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction;

C. For a judgment awarding Plaintiff its actual damages, disgorgement of the infringer's profits, exemplary damages, and an amount of money sufficient to remedy Defendants' trademark infringement and other wrongful acts through corrective advertising, and to make Defendants jointly and severally liable for such judgment;

D. For an award of Plaintiff's reasonable attorneys' fees and costs to the full extent allowable under the law or in equity;

E. For post-judgment interest at the highest rate allowable;

F. For leave to freely amend this pleading; and

G. For any other relief as the Court deems just and proper under the circumstances.

DATED this 8th day of December, 2025.

EISENHOWER CARLSON PLLC

/s/ Hallie E. Bader
Neil A. Dial, WSBA No. 29599
Hallie E. Bader, WSBA No. 64074
Attorneys for MSM Grocery and Deli, Inc.
909 A Street, Suite 600
Tacoma, Washington 98402
Telephone:    (253) 572-4500
Facsimile:    (253) 272-5732
Email:        NDial@Eisenhowerlaw.com
Email:        HBader@Eisenhowerlaw.com

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES - 12

EISENHOWER CARLSON PLLC
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com
Attorneys at Law