**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

MSM GROCERY AND DELI, INC, a
Washington corporation,

Plaintiff,

v.

MOSA SANDWICH MAKERS, LLC, a
Washington limited liability company,
HASHED MOUSA, individually and on behalf
of any marital community, ABDULGHANI
MOSA, individually and on behalf of any
marital community, ADEL MOSA, individually
and on behalf of any marital community,

Defendants.

Case No.: **3:25-CV-06103-LK**

[PROPOSED] **ORDER GRANTING UNOPPOSED JOINT MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF COUNSEL**

THE MATTER having come before the Court, and good cause having been shown, pursuant to Local Civil Rule 83.2(be), the Court HEREBY ORDERS AS FOLLOWS;

RUSSEL A. KNIGHT and GABIREL H. HINMAN of SMITH ALLING, P.S., shall be permitted to withdraw from representation of defendant MOSA SANDWICH MAKERS, LLC, HASHED MOUSA, ABDULGHANI MOSA, and ADEL MOSA in the above-captioned matter.

1

[PROPOSED] ORDER GRANTING UNOPPOSED JOINT MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF COUNSEL

NICHOLAS C. LARSON and MIGUEL MENDEZ-PINTADO of Murphy Pearson Bradley & Feeney have appeared and will be taking over as counsel for the above-named defendants in place of all withdrawing attorneys.

ECF notifications will be updated accordingly to remove each withdrawing attorney.

IT IS SO ORDERED.

DATED this ___3rd___ day of ___March_____ , 2026.

_____

United States District Judge

2

[PROPOSED] ORDER GRANTING UNOPPOSED JOINT MOTION FOR LEAVE TO
WITHDRAW AND SUBSTITUTION OF COUNSEL